Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

---

Case No.: 18−24456−JNP  
Chapter: 13  
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Craig R. Hughes Jr.<br>109 Dealtown Rd<br>Pittsgrove, NJ 08318−3817 | Michelle L. Hughes<br>109 Dealtown Rd<br>Pittsgrove, NJ 08318−3817 |

Social Security No.:  
  xxx−xx−4496                                            xxx−xx−0006

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:               9/19/18  
Time:              10:00 AM  
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 27, 2018  
JAN: kvr

                                                                        Jeanne Naughton  
                                                                         Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Craig R. Hughes, Jr.
Michelle L. Hughes
    Debtors

Case No. 18-24456-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin    Page 1 of 2    Date Rcvd: Jul 27, 2018
                       Form ID: 132    Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2018.
```
db/jdb         Craig R. Hughes, Jr.,    Michelle L. Hughes,    109 Dealtown Rd,    Pittsgrove, NJ  08318-3817
517667294      Bank of Americ,    4909 Savarese Cir,    Tampa, FL 33634-2413
517653499      Bridgeton P&H Supply,    756 N Pearl St,    Bridgeton, NJ 08302-1210
517653504     ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
               (address filed with court: Credit Acceptance,    25505 W 12 Mile Rd,
                 Southfield, MI 48034-1846)
517653500      Capital One Bank USA,    PO Box 71084,    Charlotte, NC 28272-1084
517653502      Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
517653503      Comcast,    PO Box 3001,    Southeastern, PA 19398-3001
517653505      Disaster Housing Corp,    Shamy Shipers and Lonski,    251 Livingston Ave,
                 New Brunswick, NJ 08901-3055
517667295      KML Law Group,    Sentry Office Plaza,    216 Haddon Ave,    Ste 406,    Westmont, NJ 08108-2812
517653508     +NJM Insurance Company,    301 Sullivan Way,    Trenton, NJ 08628-3498
517653510      South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091
517653512      Target bank,    PO Box 673,    Minneapolis, MN 55440-0673
517653515      Wallace Supply Company,    108 S West Blvd,    Vineland, NJ 08360-4546
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 27 2018 23:53:40     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2018 23:53:37     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517653497      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 28 2018 00:05:45      American Infosource LP,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
517653498      E-mail/Text: bankruptcy@pepcoholdings.com Jul 27 2018 23:53:08
                 Atlantic City Electric Company,    Mail Stop 84CP42,    5 Collins Dr Ste 2133,
                 Carneys Point, NJ 08069-3600
517653501      E-mail/Text: bankruptcy@cavps.com Jul 27 2018 23:54:04     Cavalry Portfolio Services,
                 500 Summit Dr Ste 400,    Valhalla, NY 10595
517656995     +E-mail/Text: bankruptcy@cavps.com Jul 27 2018 23:54:04     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517653506      E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 27 2018 23:53:59     Jefferson Capital Systems,
                 PO Box 7999,    Saint Cloud, MN 56302-7999
517653507      E-mail/Text: bankruptcydpt@mcmcg.com Jul 27 2018 23:53:36     Midland Funding LLC,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
517657782      E-mail/Text: bnc-quantum@quantum3group.com Jul 27 2018 23:53:29
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
517653509      E-mail/Text: bnc-quantum@quantum3group.com Jul 27 2018 23:53:30     Sadino Funding,
                 PO Box 788,    Kirkland, WA 98083-0788
517655252     +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2018 00:06:17     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517653511      E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2018 00:05:34     Synchrony Bank,    PO Box 965007,
                 Orlando, FL 32896-5007
517653513      E-mail/Text: bankruptcy@td.com Jul 27 2018 23:53:43     TD Bank,    PO Box 9547,
                 Portland, ME 04112-9547
517653514      E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 27 2018 23:52:38
                 Verizon,    500 Technology Dr Ste 300,    Weldon Spring, MO 63304-2225
517653516      E-mail/Text: bncmail@w-legal.com Jul 27 2018 23:53:52     Weinstein and RIley,
                 2001 Western Ave Ste 400,    Seattle, WA 98121-3132
                                                                                               TOTAL: 15
```

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2             Date Rcvd: Jul 27, 2018
                              Form ID: 132             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2018 at the address(es) listed below:
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Moshe  Rothenberg    on behalf of Debtor Craig R. Hughes, Jr. moshe@mosherothenberg.com,
           alyson@mosherothenberg.com
          Moshe  Rothenberg    on behalf of Joint Debtor Michelle L. Hughes moshe@mosherothenberg.com,
           alyson@mosherothenberg.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 4
```