UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Moshe Rothenberg, Esq.
Attorney at Law
880 E. Elmer Road
Vineland, NJ 08360
Phone: (856) 236-4374
Fax: (856) 405-6769
Attorney for Debtor(s)

In Re:

Craig R. Hughes, Jr. and Michelle L. Hughes

Case No.: 18-24456

Adv. No.: 

Chapter: 13

Hearing Date: 10/23/18 at 10:00 AM

Judge: JNP

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, __Moshe Rothenberg, Esq.__,
   ☒ am the attorney for: Craig R. Hughes, Jr. and Michelle L. Hughes
   ☐ am self-represented

   Phone number: 856-236-4374

   Email address: moshe@mosherothenberg.com

2. I request an adjournment of the following hearing:

   Matter: Motion for Relief from Stay by Nationstar Mortgage, LLC

   Current hearing date and time: 10/23/18 at 10:00 AM

   New date requested: 11/20/18 at 10:00 AM

   Reason for adjournment request: to allow additional time to resolve motion with creditor.

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: October 19, 2018                                    /s/ Moshe Rothenberg, Esq.
                                                          Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted               New hearing date: 11/20/2018 at 10 am        ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*

2