Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                          Case No.:  18−24456−JNP
                          Chapter:  13
                          Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Craig R. Hughes Jr.                                   Michelle L. Hughes
   109 Dealtown Rd                                      aka Michele L Hughes
   Pittsgrove, NJ 08318−3817                    109 Dealtown Rd
                                                                   Pittsgrove, NJ 08318−3817

Social Security No.:
   xxx−xx−4496                                             xxx−xx−0006
Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on July 15, 2019.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 15, 2019
JAN: kvr

                                                                                             Jeanne Naughton
                                                                                             Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                      Case No. 18-24456-JNP
Craig R. Hughes, Jr.                                        Chapter 13
Michelle L. Hughes
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 2             Date Rcvd: Jul 15, 2019
                              Form ID: 148             Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2019.
db/jdb         Craig R. Hughes, Jr.,    Michelle L. Hughes,    109 Dealtown Rd,     Pittsgrove, NJ  08318-3817
aty           +Kevin McDonald,    KML Law Group PC,    216 Haddon Ave.,    Ste. 406,    Westmont, NJ 08108-2812
cr           ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
               (address filed with court:   Credit Acceptance Corporation,     25505 West 12 Mile Road,
               Southfield, MI  48034)
lm           ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage LLC,    PO Box 619096,    Dallas, TX  75261-9741)
517667294      Bank of Americ,    4909 Savarese Cir,    Tampa, FL 33634-2413
517653499      Bridgeton P&H Supply,    756 N Pearl St,    Bridgeton, NJ 08302-1210
517653500      Capital One Bank USA,    PO Box 71084,    Charlotte, NC 28272-1084
517653505      Disaster Housing Corp,    Shamy Shipers and Lonski,    251 Livingston Ave,
               New Brunswick, NJ 08901-3055
517811825     +English Sewage,    1082 West Parsonage Road,    Bridgeton, NJ 08302-4220
517667295      KML Law Group,    Sentry Office Plaza,    216 Haddon Ave,    Ste 406,    Westmont, NJ 08108-2812
517811826      Law Offices of Cris W. Craft,    20501 Katy Fwy Ste 212,    Katy, TX 77450-1942
517653508     +NJM Insurance Company,    301 Sullivan Way,    Trenton, NJ 08628-3498
517697623     +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
517707072      New Jersey Manufacturers Ins,    302 Sullivan Way,    W. Trenton, NJ 08628
517653510      South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091
517811828      Testa Heck Testa & White, PA,    PO Box 749,    Vineland, NJ 08362-0749
517653515      Wallace Supply Company,    108 S West Blvd,    Vineland, NJ 08360-4546

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 15 2019 23:56:40      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 15 2019 23:56:38      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517653497      EDI: AIS.COM Jul 16 2019 03:23:00      American Infosource LP,    PO Box 248838,
               Oklahoma City, OK 73124-8838
517653498      E-mail/Text: bankruptcy@pepcoholdings.com Jul 15 2019 23:56:16
               Atlantic City Electric Company,    Mail Stop 84CP42,    5 Collins Dr Ste 2133,
               Carneys Point, NJ 08069-3600
517653501      E-mail/Text: bankruptcy@cavps.com Jul 15 2019 23:56:56      Cavalry Portfolio Services,
               500 Summit Dr Ste 400,    Valhalla, NY 10595
517656995     +E-mail/Text: bankruptcy@cavps.com Jul 15 2019 23:56:56      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517653502      EDI: CHASE.COM Jul 16 2019 03:23:00      Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
517653503      EDI: COMCASTCBLCENT Jul 16 2019 03:23:00      Comcast,    PO Box 3001,
               Southeastern, PA 19398-3001
517653506      EDI: JEFFERSONCAP.COM Jul 16 2019 03:23:00      Jefferson Capital Systems,    PO Box 7999,
               Saint Cloud, MN 56302-7999
517774916     +EDI: MID8.COM Jul 16 2019 03:23:00      Midland Funding LLC,    PO Box 2011,
               Warren, MI 48090-2011
517653507      EDI: MID8.COM Jul 16 2019 03:23:00      Midland Funding LLC,    2365 Northside Dr Ste 300,
               San Diego, CA 92108-2709
517657782      EDI: Q3G.COM Jul 16 2019 03:23:00      Quantum3 Group LLC as agent for,    Sadino Funding LLC,
               PO Box 788,    Kirkland, WA 98083-0788
517811827      EDI: NEXTEL.COM Jul 16 2019 03:23:00      Sprint Corporation,    Attn: Bankruptcy Dept.,
               PO Box 7949,    Overland Park, KS 66207-0949
517653509      EDI: Q3G.COM Jul 16 2019 03:23:00      Sadino Funding,    PO Box 788,    Kirkland, WA 98083-0788
517655252     +EDI: RMSC.COM Jul 16 2019 03:23:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
517653511      EDI: RMSC.COM Jul 16 2019 03:23:00      Synchrony Bank,    PO Box 965007,
               Orlando, FL 32896-5007
517653513      EDI: TDBANKNORTH.COM Jul 16 2019 03:23:00      TD Bank,    PO Box 9547,    Portland, ME 04112-9547
517653512      EDI: WTRRNBANK.COM Jul 16 2019 03:23:00      Target bank,    PO Box 673,
               Minneapolis, MN 55440-0673
517653514      EDI: VERIZONCOMB.COM Jul 16 2019 03:23:00      Verizon,    500 Technology Dr Ste 300,
               Weldon Spring, MO 63304-2225
517757238     +EDI: AIS.COM Jul 16 2019 03:23:00      Verizon,    by American InfoSource as agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517653516      E-mail/Text: bncmail@w-legal.com Jul 15 2019 23:56:50      Weinstein and RIley,
               2001 Western Ave Ste 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517653504*   ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
               (address filed with court:   Credit Acceptance,    25505 W 12 Mile Rd,
               Southfield, MI 48034-1846)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jul 15, 2019
                              Form ID: 148             Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2019 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           cmecf@sternlav.com
          John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
           ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Maria Cozzini    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           mcozzini@sternlav.com
          Moshe Rothenberg    on behalf of Debtor Craig R. Hughes, Jr. moshe@mosherothenberg.com,
           alyson@mosherothenberg.com;ajohn880@gmail.com
          Moshe Rothenberg    on behalf of Joint Debtor Michelle L. Hughes moshe@mosherothenberg.com,
           alyson@mosherothenberg.com;ajohn880@gmail.com
          Raymond Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```