UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Craig & Michelle Hughes

Case No.: __18-24456/JNP__

Chapter: __7__

Judge: __JNP__

## NOTICE OF PROPOSED ABANDONMENT

___JOSEPH D. MARCHAND___, ___TRUSTEE___ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ  08101-2067

If an objection is filed, a hearing will be held before the Honorable ___Jerrold N. Poslusny, Jr.___ on ___December 3, 2019___ at ___10:00___ a.m. at the United States Bankruptcy Court, Courtroom no. ___4C___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real Property:
109 Dealtown Road
Pittsgrove, NJ
FMV - $180,000.00

Liens on property:   NationStar - $349,548.00

Amount of equity claimed as exempt:  $0.00

Objections must be served on, and requests for additional information directed to:

Name:     /s/ Joseph D. Marchand, Chapter 7 Trustee
Address:  117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

*rev.8/1/15*

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                              Case No. 18-24456-JNP
Craig R. Hughes, Jr.                                                Chapter 7
Michelle L. Hughes
        Debtors
                                  CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                Page 1 of 2              Date Rcvd: Oct 31, 2019
                              Form ID: pdf905            Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2019.
db/jdb         Craig R. Hughes, Jr.,    Michelle L. Hughes,    109 Dealtown Rd,    Pittsgrove, NJ  08318-3817
aty           +Kevin McDonald,    KML Law Group PC,    216 Haddon Ave.,    Ste. 406,    Westmont, NJ 08108-2812
cr           ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
               (address filed with court:   Credit Acceptance Corporation,    25505 West 12 Mile Road,
                 Southfield, MI  48034)
lm           ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage LLC,    PO Box 619096,    Dallas, TX  75261-9741)
517667294      Bank of Americ,    4909 Savarese Cir,    Tampa, FL 33634-2413
517653499      Bridgeton P&H Supply,    756 N Pearl St,    Bridgeton, NJ 08302-1210
517653500      Capital One Bank USA,    PO Box 71084,    Charlotte, NC 28272-1084
517653502      Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
517653505      Disaster Housing Corp,    Shamy Shipers and Lonski,    251 Livingston Ave,
                 New Brunswick, NJ 08901-3055
517811825     +English Sewage,    1082 West Parsonage Road,    Bridgeton, NJ 08302-4220
517667295      KML Law Group,    Sentry Office Plaza,    216 Haddon Ave,    Ste 406,    Westmont, NJ 08108-2812
517811826      Law Offices of Cris W. Craft,    20501 Katy Fwy Ste 212,    Katy, TX 77450-1942
517653508     +NJM Insurance Company,    301 Sullivan Way,    Trenton, NJ 08628-3498
517697623     +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
517707072      New Jersey Manufacturers Ins,    302 Sullivan Way,    W. Trenton, NJ 08628
517653510      South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091
517653512      Target bank,    PO Box 673,    Minneapolis, MN 55440-0673
517811828      Testa Heck Testa & White, PA,    PO Box 749,    Vineland, NJ 08362-0749
517653515      Wallace Supply Company,    108 S West Blvd,    Vineland, NJ 08360-4546

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 01 2019 00:11:59      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 01 2019 00:11:56      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517653497      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 01 2019 00:14:25      American Infosource LP,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
517653498      E-mail/Text: bankruptcy@pepcoholdings.com Nov 01 2019 00:11:21
                 Atlantic City Electric Company,    Mail Stop 84CP42,    5 Collins Dr Ste 2133,
                 Carneys Point, NJ 08069-3600
517653499      E-mail/Text: ACCTRECV@BRIDGETON-PLUMBING.COM Nov 01 2019 00:09:24      Bridgeton P&H Supply,
                 756 N Pearl St,    Bridgeton, NJ 08302-1210
517653501      E-mail/Text: bankruptcy@cavps.com Nov 01 2019 00:12:21      Cavalry Portfolio Services,
                 500 Summit Dr Ste 400,    Valhalla, NY 10595
517656995     +E-mail/Text: bankruptcy@cavps.com Nov 01 2019 00:12:21      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517653503      E-mail/Text: documentfiling@lciinc.com Nov 01 2019 00:09:16      Comcast,    PO Box 3001,
                 Southeastern, PA 19398-3001
517653506      E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 01 2019 00:12:16      Jefferson Capital Systems,
                 PO Box 7999,    Saint Cloud, MN 56302-7999
517774916     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 01 2019 00:11:55      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517653507      E-mail/Text: bankruptcydpt@mcmcg.com Nov 01 2019 00:11:55      Midland Funding LLC,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
517657782      E-mail/Text: bnc-quantum@quantum3group.com Nov 01 2019 00:11:47
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
517811827      E-mail/Text: appebnmailbox@sprint.com Nov 01 2019 00:11:52      Sprint Corporation,
                 Attn: Bankruptcy Dept.,    PO Box 7949,    Overland Park, KS 66207-0949
517653509      E-mail/Text: bnc-quantum@quantum3group.com Nov 01 2019 00:11:47      Sadino Funding,
                 PO Box 788,    Kirkland, WA 98083-0788
517655252     +E-mail/PDF: gecsedi@recoverycorp.com Nov 01 2019 00:13:22      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517653511      E-mail/PDF: gecsedi@recoverycorp.com Nov 01 2019 00:13:22      Synchrony Bank,    PO Box 965007,
                 Orlando, FL 32896-5007
517653513      E-mail/Text: bankruptcy@td.com Nov 01 2019 00:12:01      TD Bank,    PO Box 9547,
                 Portland, ME 04112-9547
517653514      E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 01 2019 00:09:06
                 Verizon,    500 Technology Dr Ste 300,    Weldon Spring, MO 63304-2225
517757238     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 01 2019 00:14:25      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517653516      E-mail/Text: bncmail@w-legal.com Nov 01 2019 00:12:11      Weinstein and RIley,
                 2001 Western Ave Ste 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 20
```

```
District/off: 0312-1            User: admin              Page 2 of 2               Date Rcvd: Oct 31, 2019
                                Form ID: pdf905          Total Noticed: 38
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517653504*     ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                 (address filed with court: Credit Acceptance,    25505 W 12 Mile Rd,
                   Southfield, MI 48034-1846)
                                                                                        TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2019 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               cmecf@sternlav.com
              John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Joseph Marchand     jdmarchand@comcast.net, jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Kevin Gordon McDonald    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Maria Cozzini    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               mcozzini@sternlav.com
              Moshe Rothenberg    on behalf of Debtor Craig R. Hughes, Jr. moshe@mosherothenberg.com,
               alyson@mosherothenberg.com;ajohn880@gmail.com
              Moshe Rothenberg    on behalf of Joint Debtor Michelle L. Hughes moshe@mosherothenberg.com,
               alyson@mosherothenberg.com;ajohn880@gmail.com
              Raymond Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 11
```