Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 18–24456–JNP
                        Chapter: 7
                        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Craig R. Hughes Jr.<br>109 Dealtown Rd<br>Pittsgrove, NJ 08318–3817 | Michelle L. Hughes<br>aka Michele L Hughes<br>109 Dealtown Rd<br>Pittsgrove, NJ 08318–3817 |

Social Security No.:
  xxx–xx–4496                                   xxx–xx–0006

Employer's Tax I.D. No.:

## FINAL DECREE

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Joseph Marchand is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 17, 2019</u>                <u>Jerrold N. Poslusny Jr.</u>
                                                  Judge, United States Bankruptcy Court